*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*

CASE NO. 90-06158-CR-HURLEY
CASE NO. 93-00245-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

RICARDO RIBAS,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 390], dated July 14, 2014, in Case No. 90-06158-Cr-Hurley and [DE 255], dated July 14, 2014, in Case No. 93-00245-Cr-Hurley. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will set by separate notice.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 22nd day of July, 2014.

**copy furnished:**
AUSA Donald F. Chase, II
AFPD Neison M. Marks
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge

For updated court information, visit unofficial Web site at http://judgehurley.com